ANN H. PRESTON, Respondent, *v.* ELMORE P. ROSS, Appellant

(Argued June 1, 1876 ; decided June 13, 1876.)

*George F. Comstock* for the appellant.

*Edwin Allen* for the respondent.

Agree to affirm.   No opinion.
All concur ; ALLEN, J., not sitting.
Judgment affirmed.